No. 224. PUBLIC UTILITIES COMMISSION ET AL. *v.* POLLAK ET AL.; and

No. 295. POLLAK ET AL. *v.* PUBLIC UTILITIES COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. The motion for leave to file brief of Radio Cincinnati, Inc. et al., as *amici curiae* in No. 224, is denied. Certiorari granted. *Vernon E. West* and *Lloyd B. Harrison* for the Public Utilities Commission; and *Edmund L. Jones, F. Gloyd Awalt, Samuel O. Clark, Jr., Daryal A. Myse* and *W. V. T. Justis* for the Capital Transit Co., petitioners in No. 224 and respondents in No. 295. *Paul M. Segal* and *Harry P. Warner* for petitioners in No. 295 and respondents in No. 224; *Franklin S. Pollak, pro se.*